NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1029

CITY OF JENNINGS IN THE INTEREST
OF M. S.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON DAVIS, NO. J-188-04,
HONORABLE STEVE GUNNELL, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, J. David Painter, and James T. Genovese, Judges.

AFFIRMED IN PART, VACATED IN PART, AND REMANDED WITH
INSTRUCTIONS.

Stacey C. Naquin
Assistant District Attorney
Thirty-First Judicial District Court
Post Office Box 1388
Jennings, LA  70546
(337) 824-1893
COUNSEL FOR APPELLEE:
        State of Louisiana

Donald R. DeRouen
Attorney at Law
Post Office Box 4401
Baton Rouge, LA  70821
(225) 926-5900
COUNSEL FOR DEFENDANT/APPELLANT:
        M. S.